# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133220

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                 SC: 133220
                                                 COA: 275275
                                                 Berrien CC: 92-003857-FC

TRACY ALEXANDER MARTIN,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521